IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SELECT AUTO IMPORTS INCORPORATED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:15-cv-00679-GBL-JFA ) ) |
| YATES SELECT AUTO SALES, LLC, | ) ) |
| Defendant. | ) |

## FINAL JUDGMENT

This matter is before the Court on the two-day non-jury trial of Plaintiff Select Auto Imports Incorporated's claims against Defendants Yates Select Auto Sales, LLC and Jeffrey Lee Yates for Counts I, II, IV and V of the Amended Complaint. For the reasons stated in the Memorandum Opinion and Order,

**IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 58, judgment is entered in favor of Plaintiff Select Auto Imports Incorporated and against Defendants Yates Select Auto Sales, LLC and Jeffrey Lee Yates.

**IT IS SO ORDERED.**

ENTERED this 7th day of July, 2016.

Alexandria, Virginia
7/ 7 / 2016

                                               /s/
                                  Gerald Bruce Lee
                                  United States District Judge